**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Salvador GONSALEZ–PALOMINO,
Defendant—Appellant.**

**No. 04–10612.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 5, 2005.*

Decided Dec. 12, 2005.

■

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

■

Before: GOODWIN, W. FLETCHER and FISHER, Circuit Judges.

MEMORANDUM **

Salvador Gonsalez–Palomino appeals the district court's judgment following his guilty-plea conviction and his 44 month sentence for illegal re-entry after deportation, in violation of 8 U.S.C. § 1326(a), enhanced by (b)(2).

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Gonsalez–Palomino has filed a brief stating that there are no grounds for relief, and a motion to withdraw as counsel of record. Gonsalez–Palomino has not filed a pro se supplemental brief and the government has not filed an answering brief.

We have conducted an independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and we dismiss in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered into knowingly and voluntarily); *see also United States v. Cardenas*, 405 F.3d 1046, 1048 (9th Cir. 2005) (holding that the changes in sentencing law imposed by *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), did not render waiver of appeal involuntary and unknowing). Counsel's motion to withdraw is granted.

DISMISSED.

---

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.